**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **JARED GUILLORY** § | |
| *Plaintiff* § | |
| § | |
| VS. § | C.A. NO. 2:23-CV-01702-JDC-DJA |
| § | (JURY) |
| **CARBOLINE COMPANY** § | |
| *Defendant* § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice filed herein on behalf of Plaintiff **JARED GUILLORY** and Defendant **CARBOLINE COMPANY**,

IT IS ORDERED, ADJUDGED AND DECREED that the claims in the captioned matter be and are hereby DISMISSED WITH PREJUDICE, and this lawsuit is dismissed with prejudice, with the parties bearing their own attorney fees and costs.

THUS DONE AND SIGNED in Chambers this 27th day of March, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**